1

2                    UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF WASHINGTON
3                           AT TACOMA

4  CAROLYN M. HUFF,

5                      Plaintiff,              CASE NO. C14-5550BHS

6  v.                                          ORDER ADOPTING REPORT
                                               AND RECOMMENDATION
7  CAROLYN W. COLVIN, Acting
   Commissioner of Social Security,
8
                      Defendant.
9

10       This matter comes before the Court on the Report and Recommendation ("R&R")

11  of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 15. The Court

12  having considered the R&R and the remaining record, and no objections having been

13  filed, does hereby find and order as follows:

14       (1)    The R&R is **ADOPTED**;

15       (2)    Defendant's decision is **REVERSED**; and

16       (3)    This action is **REMANDED** for further administrative proceedings in
                accordance with the findings contained in the R&R.
17

18       Dated this 9th day February, 2015.

19

20                                             _____
                                               BENJAMIN H. SETTLE
21                                             United States District Judge

22

ORDER